**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:12-cv-3431-M |
| | § | |
| JOHN HATCHETT CARNEY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is an unopposed Motion to Approve Sale [Docket Entry #88] to allow Allie Beth Allman, as Receiver, to sell the real property titled to Hatchett Trust at 11484 Strait Lane, Dallas, Texas  75229 ("the Strait Lane Residence") for $1,170,000.  The Motion is **GRANTED**.

It is **ORDERED** that Ms. Allman, as Receiver, may sell the Strait Lane Residence for $1,170,000 to Thomas L. Habeeb in accordance with the terms of the contract and amendment thereto submitted with the Motion and the June 30, 2015 Order [Docket Entry #87] appointing Ms. Allman as Receiver, as well as the Final Judgment [Docket Entry #85] entered by this Court on March 5, 2015.

**SO ORDERED.**

September 9, 2015.

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**

1