IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:12-cv-3431 |
| | ) |
| JOHN HATCHETT CARNEY, et al., | ) |
| Defendants. | ) |

UNITED STATES' NOTICE OF SATISFACTION OF JUDGMENT (DOC. #85)

Plaintiff United States of America hereby gives the Court notice that the Agreed Judgment (Doc. #85) in favor of the United States of America entered March 5, 2015 in the above-referenced proceeding is considered satisfied, because the amount due on the settlement agreement secured by this Judgment has been paid in full.

Respectfully submitted,

*/s/ Ramona S. Notinger*
RAMONA S. NOTINGER
Ramona.S.Notinger@usdoj.gov
Texas Bar No. 19158900
CURTIS C. SMITH
Curtis.C.Smith@usdoj.gov
Arizona Bar No. 026374
U. S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9721
214/880-9742 fax

JOHN R. PARKER
UNITED STATES ATTORNEY

ATTORNEYS FOR THE UNITED STATES

## **CERTIFICATE OF SERVICE**

I certify that the service of the foregoing has been made by the ECF-system on February 1, 2016 to:

William M. Ravkind, Esq.
5696 Murray Farm Drive
Fairview, Texas 75069

Michael Villa, Jr., Esq.
Meadows Collier Reed Cousins
   Crouch & Ungerman LLP
901 Main Street, Suite 3700
Dallas, Texas 75202

Dean A. Hrbacek, Esq.
Brazos Professional Building
130 Industrial Blvd., Ste. 110
Sugar Land, Texas 77478

*/s/  Ramona S. Notinger*
RAMONA S. NOTINGER